■ WILLIAMS REAL ESTATE CO., INC., Appellant, v DOUBLEDAY & COMPANY, INC., Respondent.—Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on June 1, 1989, unanimously affirmed, for the reasons stated by Beatrice Shainswit, J., with costs and with disbursements. Concur—Murphy, P. J., Kupferman, Milonas, Ellerin and Rubin, JJ.

■ HAROLD ELSIS et al., Respondents, v TRANS WORLD AIRLINES, INC., et al., Appellants, and GO-GO AND LIBERTY TRAVEL, INC., Respondent.—Order, Supreme Court, New York County (Elliott Wilk, J.), entered on January 10, 1990, unanimously affirmed for the reasons stated by Elliott Wilk, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Carro, Asch and Ellerin, JJ.

■ PEOPLE v MIGUEL FIGUEROA.—Motion to amend remittitur of this court entered on December 28, 1989 [see, 156 AD2d 322] granted to extent of reciting the following: "Upon the appeal herein there were presented, and necessarily passed upon, questions under the Constitution of the United States, viz.: Appellant contended that his rights under the Sixth and Fourteenth Amendments of the United States Constitution were violated. The Appellate Division held that there was no violation of appellant's rights." Concur—Kupferman, J. P., Asch, Kassal, Ellerin and Wallach, JJ.